John A. JENTONS, as Temporary Administrator of the Goods, Chattels, and Credits of Ben Carter, Deceased, Appellee, v. ERIE RAILROAD COMPANY, Appellant.

Circuit Court of Appeals, Second Circuit. December 2, 1929.

No. 51.

1020

Stanchfield, Collin, Lovell & Sayles and Halsey Sayles, all of Elmira, N. Y., for appellant.

Mortimer L. Sullivan, of Elmira, N. Y., for appellee.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM. Judgment affirmed.